**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JIMMY BUMGARDNER,**                                                                                       **PETITIONER**
**ADC # 103669**

**v.**                         **CASE NO. 5:14CV00455 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received, along with the objections thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly, the petition is hereby dismissed as time-barred, and a certificate of appealability is denied. As the petitioner filed objections concurrently with his motion for an extension of time to file objections [Doc. No. 16], that motion is denied as moot.

IT IS SO ORDERED this 28th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE