IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY BUMGARDNER,**  **PETITIONER**
ADC # 103669

v.   CASE NO. 5:14CV00455 BSM

**WENDY KELLEY, Director,**
Arkansas Department of Correction   **RESPONDENT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed.

IT IS SO ORDERED this 28th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE